FILED 09 JUL '25 10:31 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland DIVISION

_____ 

Jaaan Kuang Sailes

*(Enter full name of plaintiff)*

Plaintiff,

v.

Adventist Hospital

_____

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. **3:25-cv-1194 AA**
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒Yes          ☐No

## I. PARTIES

   List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: Jaaan Kuang Sailes

Street Address: 6806 N Mississippi Ave

City, State & Zip Code: Portland Oregon 9217

Telephone No.: 503-997-9545

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

OFFICIAL STAMP
TERESA MICHELLE PEREZ GARCIA
NOTARY PUBLIC - OREGON
COMMISSION NO. 1032351
MY COMMISSION EXPIRES JANUARY 03, 2027

7-3-2

Teresa michelle Perez garcia

**Defendant No. 1**     Name: Adventist Hospital

Street Address: 737 SE 106th Ave

City, State & Zip Code: Portland OR 97216

Telephone No.: _____

**Defendant No. 2**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**     Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐  Federal officials (a *Bivens* claim)

☒  State or local officials (a § 1983 claim)

B.  What federal constitutional, statutory, or treaty right(s) is/are at issue?

United States constitutional due process rights/ HIPAA
Privacy Law.

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On or about May, 2025 I was transported to Adventis Hospital by MCTJ (Multhnomah County Inverness Jail) deputies where I had to get checked up and medicated for internal bleeding. A starail deputy transported me there to the hospital and Adventis Hospital doctor allowed the deputy to literally stand there and watched as the doctor put his finger up my rectum to verify I was still bleeding internally from the physical assault I recieved from the Gresham Police Department almost a week prior during my arrest. Adventis Hospital violated my privacy rights. The HIPAA Law!

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

**Claim III**

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Wherefore Isaan Hung Sasler respectfully pray that this Court enter judgement granting Isaan Hung Sasler a declaration that the acts and commission describe herein violates his right under the constitution law of the United States / HIPAA Privacy law and granting Isaan Hung Sasler compensatory damages in the amount of $9 million dollars against Adventis hospital.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of __July__, 20 25

_Isaan K Sasler_
*(Signature of Plaintiff)*